In re Petition for DISCIPLINARY AC-
TION AGAINST Roger T. SAHR, an
Attorney at Law of the State of Minne-
sota.

No. C3–88–26.

Supreme Court of Minnesota.

Sept. 28, 1989.

### ORDER

The above-entitled order comes before
the court upon the affidavit of the Director
of Lawyers Professional Responsibility by
Wendy Willson Legge, Senior Assistant Di-
rector.

WHEREAS, on August 25, 1989, the
Minnesota Supreme Court publicly cen-
sured Roger T. Sahr and issued an order
suspending him from the practice of law
for 30 days and placing him on probation
with conditions for three years following
the expiration of his suspension;

WHEREAS, respondent paid disciplinary
costs in the amount of $1,205.65 pursuant
to Rule 24(a), Rules on Lawyers Profes-
sional Responsibility (RLPR), to the Law-
yers Professional Responsibility Board;

WHEREAS, on September 7, 1989, Rog-
er T. Sahr filed an affidavit of compliance
and attached notices to clients with the
Director, pursuant to Rule 26, RLPR;

WHEREAS, Roger T. Sahr has complied
with the terms of the court's August 25,
1989, suspension order and the Director
has no objection to respondent's reinstate-
ment to the practice of law without the
necessity of filing a petition for reinstate-
ment;

WHEREAS, respondent is current in his
continuing legal education requirements;

IT IS ORDERED that respondent is rein-
stated to the practice of law immediately
and need not file a petition for reinstate-
ment. Respondent is placed on three years
probation pursuant to the court's August
25, 1989, order.